# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA  DIVISION

SONY ROY, et al.

        vs                                 Case No. 3:06cv95/MCR/EMT

BOARD OF COUNTY COMMISSIONERS
WALTON COUNTY FLORIDA, et al.

---

# O R D E R

Plaintiff's **CONSENTED MOTION FOR LEAVE TO FILE CORRECTIVE AMENDMENT TO SECOND AMENDED COMPLAINT (electronically filed 5/10/2007, doc.71)**, was referred to the undersigned with the following deficiencies:

> When leave is sought to amend a pleading pursuant to a motion, the motion and the proposed amended pleading shall each be filed and docketed separately. The proposed amended pleading shall not take effect unless and until the motion to amend is granted.   Likewise, when any amendment is submitted as a matter , of course under Fed. R. Civ. P. 15(a), <u>the amended pleading shall be filed in its entirety with all of the amendments incorporated therein</u>.

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

**DONE and ORDERED** this 11th day of May, 2007.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**