UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SONY ROY, individually, and**
**SONY ROY and RAYMONDE L. ROY,**
**husband and wife,**

      **Plaintiffs,**

v.                      **CASE NO.: 3:06cv95/MCR/EMT**

**BOARD OF COUNTY COMMISSIONERS**
**WALTON COUNTY, FLORIDA, et al.,**

      **Defendants.**

_____/

## O R D E R

    On November 9, 2007, the court entered an order (doc. 156) granting in part and denying in part defendants' motions to dismiss plaintiffs' third amended complaint. The order dismissed a number of counts without prejudice and with leave to amend. The court directed, however, that the plaintiffs' fourth amended complaint be filed within ten (10) days of the issuance of the court's order. That time has now expired and plaintiffs have failed to file a fourth amended complaint and thus plaintiffs' claims that were dismissed without prejudice and with leave to amend are dismissed.

    Accordingly, it is ORDERED that defendants file their answers to the plaintiffs' third amended complaint within seven (7) days of the issuance of this order. Defendants only need to answer those claims that were not dismissed in the court's previous order of November 9, 2007.

    **DONE and ORDERED** this 27th day of November, 2007.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**