IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SONY ROY, individually, and
SONY ROY and RAYMONDE L. ROY,
husband and wife,
    Plaintiffs,

v.                      Case No.: 3:06cv95/MCR/EMT

BOARD OF COUNTY COMMISSIONERS
WALTON COUNTY, FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

This cause is before the court upon Defendant Charles A. Webb, III's Motion to Compel Interrogatory Answers from Plaintiffs (Doc. 198).  Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiffs shall respond to Defendant's motion on or before **MONDAY, JANUARY 28, 2008**.  Prior to responding, Plaintiffs shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 23rd day of January 2008.

                      /s/ *Elizabeth M. Timothy*
                      **ELIZABETH M. TIMOTHY**
                      **UNITED STATES MAGISTRATE JUDGE**