IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SONY ROY, individually, and
SONY ROY and RAYMONDE L. ROY,
husband and wife,
    Plaintiffs,

v.                                    Case No.  3:06cv95/MCR/EMT

BOARD OF COUNTY COMMISSIONERS
WALTON COUNTY, FLORIDA, et al.,
    Defendants.
_____/

**ORDER**

        This cause is before the court upon Defendant Charles A. Webb, III's ("Webb") Consent Motion to Extend the Discovery Deadline (Doc. 216), Defendant Webb's Amended Consent Motion to Extend the Discovery Deadline (Doc. 217), Defendants Blackshear, Vogel, and Walton County, Florida's Consent to and Joinder in Defendant Webb's Consent Amended Motion Regarding Discovery Deadline (Doc. 218), Plaintiffs' Objection to Webb's Purported "Consent" Amended Motion to Extend Discovery Deadline (Doc. 219), and Joint Motion to Extend the Time for Mediation (Doc. 220).  The court finds Webb's Consent Motion to Extend the Discovery Deadline (Doc. 216) to be moot since he filed an amended motion to extend the discovery deadline on March 12, 2008, one (1) day after the original motion to extend was filed.[1]  Having considered Plaintiffs' objection to Webb's Amended Consent Motion to Extend the Discovery Deadline (Doc. 219), the court will grant Webb's motion only to the extent that the discovery deadline shall be extended for forty-five (45) days, and not the full sixty (60) days that were requested.  Although Plaintiffs'

---

[1] The court notes that the only difference between Webb's original motion to extend the discovery deadline and the amended motion to extend the discovery deadline is that the amended motion requests a sixty (60) day extension of time, whereas the original motion did not specify a time frame.

objection (Doc. 219) did not include an objection to Defendants Blackshear, Vogel, and Walton County, Florida's Consent to and Joinder in Webb's Consent Amended Motion Regarding Discovery Deadline (Doc. 218), the court will grant the same partial relief as to these Defendants. The court's decision is based, in part, on the fact that the trial has been continued to late October 2008 (*see* Doc. 157); thus, despite Plaintiffs' strong objection to a continuance of the discovery deadline, the court finds that a limited extension is appropriate.  Additionally, the court will grant the Joint Motion to Extend the Time for Mediation to the extent that the mediation deadline will be extended in accordance with the District Judge's amended scheduling order issued on November 14, 2007 (that is, that mediation should commence no later than fourteen days after the discovery deadline; the court also notes, according to the scheduling order, that the deadline for filing potentially dispositive motions should be twenty (20) days after the discovery deadline) (*see* Doc. 157 ¶¶ 3, 9(c)).

Accordingly, it is **ORDERED**:

1. Defendant Charles A. Webb, III's Consent Motion to Extend the Discovery Deadline (Doc. 216) is **DENIED as moot**.

2. Defendant Charles A. Webb, III's Amended Consent Motion to Extend the Discovery Deadline (Doc. 217) is **GRANTED in part**.  The discovery deadline is hereby extended to **April 28, 2008**.

3. Defendants Blackshear, Vogel, and Walton County, Florida's Consent to and Joinder in Defendant Charles A. Webb, III's Consent Amended Motion Regarding Discovery Deadline (Doc. 218) is **GRANTED** to the extent that the discovery deadline is extended to **April 28, 2008**.

4. The dispositive motions deadline is hereby extended to **May 19, 2008**.

5. The Joint Motion to Extend the Time for Mediation (Doc. 220) is **GRANTED** to the extent that the deadline for commencing mediation is extended to **May 12, 2008**.

**DONE AND ORDERED** this 14th day of March 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**