**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SONY ROY, individually, and
SONY ROY and RAYMONDE L. ROY,
husband and wife,**

      **Plaintiffs,**

v.                                                          **CASE NO.: 3:06cv95/MCR/EMT**

**BOARD OF COUNTY COMMISSIONERS
WALTON COUNTY, FLORIDA, et al.,**

      **Defendants.**[1]
_____/

## ORDER AND NOTICE

The motions for summary judgment filed by Defendant Margaret Meg Nelson (doc. 250); Defendant Kenneth Vogel (doc. 251); Defendants Board of County Commissioners, Walton County, Florida and Pat Blackshear (doc. 252); and Defendant Charles Webb (doc. 254) and the partial motion for summary judgment filed by Plaintiffs Sony and Raymonde Roy (doc. 259) will be taken under advisement by the Court on **June 10, 2008**. The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[2] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

---

[1] The style of the case identifies as defendants the Board of Commissioners of Walton County, Florida, or, alternatively, Kenneth Pridgen, Larry Jones, Rosier "Ro" Cuchens, Cindy Meadows, Scott Brannon, in their official capacities as Commissioners of Walton County; Pat Blackshear, individually; Kenneth C. Vogel, individually; Margaret "Meg" Nelson, f/k/a Margaret N. Stevenson, individually; and Charles A. Webb, III, individually. Since the original filing of plaintiffs' complaint, Sara Commander has been substituted for Rosier "Ro" Cuchens.

[2] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules or as otherwise directed by the court.

The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  FED. R. CIV. P. 56.

As a final matter, the court directs Plaintiffs and Defendants to submit hard (<u>i. e.</u>, paper) copies of their motions for summary judgment and all exhibits, along with any other evidentiary materials they may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **June 10, 2008**.  Likewise, Plaintiffs and Defendants, upon filing their responses to the motions for summary judgment and any additional evidentiary material, should also submit hard copies to chambers.

**DONE and ORDERED** on this 2nd day of June, 2008.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**