UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SONY ROY, individually, and
SONY ROY and RAYMONDE L. ROY,
husband and wife,

    Plaintiffs,

v.                                        Case No. 3:06cv95/MCR/EMT

BOARD OF COUNTY COMMISSIONERS
WALTON COUNTY, FLORIDA, et al.,

    Defendants.
_____/

**O R D E R**

By order dated March 31, 2009, the court granted Defendants' motions for summary judgment, denied Plaintiffs' motion for partial summary judgment, and directed the clerk to enter judgment in favor of all Defendants. Defendants subsequently filed four motions for costs and attorneys' fees, on which the court has not yet ruled.[1] On April 30, 2009, Plaintiffs—who were represented by counsel during the previous proceedings in this case but who now state they proceed *pro se*—filed a notice of appeal of the March 31, 2009, order, with the Eleventh Circuit Court of Appeals.

In light of Plaintiffs' pending appeal, the court will DENY Defendants' motions for costs and fees. (Docs. 386, 387, 388, and 390). The motions are denied with leave to

---

[1] Plaintiffs have responded to three of the motions, which thus are now ripe. The time for filing a response to the fourth motion has not yet elapsed.

renew within twenty (20) days of issuance of the Eleventh Circuit's mandate (or the appeal is otherwise concluded), should the court rule in Defendants' favor.  Renewal may be effected by Defendants' filing a notice requesting renewal; the motions themselves need not be refiled.  Plaintiffs may likewise file a notice informing the court they wish to renew their previously filed responses rather than refile them; with respect to the motion as to which they have not yet responded, Plaintiffs will have ten (10) days from the date of renewal in which to file a response.

**DONE and ORDERED** this 12th day of May, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**