IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SONY ROY, individually, and
SONY ROY and RAYMONDE L. ROY,
husband and wife,

      Plaintiffs,

v.                                          Case No.: 3:06cv95/MCR/EMT

BOARD OF COUNTY COMMISSIONERS,
WALTON COUNTY, FLORIDA, et al.,

      Defendants.
_____/

# O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 27, 2011 (doc. 536).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a <u>de novo</u> determination of the plaintiffs' ("Roys") timely filed objections (doc. 537).

      Having considered the Report and Recommendation, the record, and the Roys' objections, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    The Roys' motion to reopen (Doc. 515) is **DENIED**.

      3.    The "Verified Motion to Tax Costs, Fees, and Sanctions & Memoranda of Law" (Doc. 387), filed by Webb, is **GRANTED in part and DENIED in part**, as follows:

      The motion is **GRANTED** with respect to the request for fees pursuant to 42 U.S.C. § 1988 and **DENIED** in all other respects.

      4.    The "Motion for Attorneys' Fees and Related Nontaxable Expenses" (Doc. 390),  filed by the County Defendants and Nelson, is **GRANTED in part and DENIED in**

**part**, as follows:

The motion is **GRANTED** with respect to the requests for fees pursuant to 42 U.S.C. § 1988 and 42 U.S.C. § 3613(c)(2) and **DENIED** in all other respects.

5.   The parties shall immediately commence complying with N.D. Fla. Loc. R. 54.1(E) to determine the amount of fees and nontaxable costs to be awarded. The clerk shall refer the parties' submissions to the assigned magistrate judge.

6.   The motion (application) for taxable costs in the amount of $10,547.92 (Doc. 385), filed by the County Defendants, is **GRANTED**, and this matter is referred to the clerk of court for disposition.

7.   The motions (applications) for costs (Docs. 386, 388), filed by Webb, are **DENIED**.

**DONE AND ORDERED** this 14th day of October, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**